# Andres M. Aranda Esq.

## Attorney at Law - Abogado

Hon. Madeline Cox Arleo, USDJ

Martin Luther King, Jr. Fed. Building &

U S Courthouse                                        July 19, 2026

50 Walnut Street

Newark, N.J. 07102

Re: USA v. Ernesto Adon Martinez

Dear Judge:

Greetings.

Mr. Ernesto Adon Martinez and I have spoken and have agreed to continue working together.

Mr. Martnez has indicated that as a first order of business he wants to seek a bail revision hearing. Thereafter he will let us know how he wants to proceed.

He is considering the proposed plea agreement and has not rejected it.

I apologize to the Court for all the headaches and sincerely hope that going forward things will go smoothly.


Regards,

Andres M. Aranda

Cc: AUSA Jason Goldberg

    Mr. Ernesto Adon Martinez

930 Grand Concourse, Suite IA          718- 541-9244
Bronx, New York 10451          amarandawill.c.u@gmail.com

